76666.0169

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN MAYNARD, | § | |
| Plaintiff, | § | |
| V. | § | Civil Action No. 5:17-CV-778-FB |
| TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY | § | |
| Defendants | § | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this  20th  day of  December , 2017.

ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com

By: _____
ROBERT F. SCHEIHING
State Bar No. 17736350

**ATTORNEY FOR DEFENDANT**

THE VOSS LAW FIRM, P.C.
THE VOSS LAW CENTER
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0015
chris@vosslawfirm.com

By: _____
CHRIS SCHLEIFFER
State Bar No: 24088362

**ATTORNEYS FOR PLAINTIFF**